UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
DALE, JAMES LESLIE
DALE, JUDY LYNN
JL DALE & ASSOCIATES

Case No.  08-23480 DSO

Chapter 7

HON. Daniel S. Opperman

_____ Debtor(s). _____ /

## NOTICE OF UNCLAIMED DIVIDENDS

**TO:  CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a).  The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Verizon Wireless Midwest | #11 | $1.53 |
| Recovery Management System | #13 | $1.73 |

Dated:  May 6, 2010

*/s/ Karen E. Evangelista (P36144)*
KAREN E. EVANGELISTA, Trustee
439 S. Main St., Suite 250
Rochester, MI  48307
(248) 276-2533
Kee1008_tee@sbcglobal.net